UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**

FEB 03 2010

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-50058 |
| Plaintiff, | |
| vs. | ORDER |
| GREENPEACE, INC., | |
| Defendant. | |

Upon motion of the United States and good cause appearing, it is hereby

ORDERED that Indictment filed in the above-entitled matter be and the same is hereby dismissed against the defendant, Greenpeace, Inc., with prejudice, as the best interests of justice will be served.

Dated this 3rd day of February, 2010, nunc pro tunc Jan. 6, 2010.

BY THE COURT:

VERONICA L. DUFFY
U.S. Magistrate Judge